In the Matter of the Petition of EMMA S. STARBUCK, as Executrix, etc., of CHARLES A. STARBUCK, Deceased, for the Fixation of an Allowance to GRAEF & ARNOLD, Attorneys, etc. BANK OF THE MANHATTAN COMPANY and EMPIRE TRUST COMPANY, Appellants; EMMA S. STARBUCK, as Executrix, etc., and ARTHUR W. GRAEF and LOUIS W. ARNOLD, JR., Copartners, Respondents.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The power of the surrogate to determine the compensation of an attorney for services to an estate or to its representative is limited to services rendered by section 231-a of the Surrogate's Court Act. Since the decree in the instant case attempted to fix the compensation of the lawyers for services rendered and to be rendered, it is impossible to separate the items and to determine what amount was allowed for services rendered and what for services to be rendered. The learned surrogate, therefore, exceeded his jurisdiction, and the decree is void. The motion to set it aside should, therefore, have been granted. (*Matter of Martin*, 211 N. Y. 328; *Matter of Lake*, 219 App. Div. 530; *Seaman* v. *Whitehead*, 78 N. Y. 306; *Matter of Underhill*, 117 id. 471; *Matter of Tuckerman*, 130 Misc. 806; *Matter of Harriot*, 145 N. Y. 540; *Matter of Putnam*, 220 App. Div. 34; *Matter of Silliman*, 79 id. 98; affd., 175 N. Y. 513.) We are of the opinion that the appellants are not estopped. (*Matter of Scrimgeour*, 175 N. Y. 507.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ETHEL LUBARSKY, Respondent, v. FANNIE EDELMAN, Appellant. SAMUEL LIPSCHUTZ and MIKE BELKIN, Defendants.— Order granting plaintiff's motion to strike out answer and for judgment on the pleadings modified so as to strike out from the answer only the denials therein contained, but to deny the plaintiff's motion for judgment on the pleadings, and as so modified affirmed, with ten dollars costs and disbursements. The appeal from order denying motion for a reargument and for leave to serve an amended answer is dismissed, without costs. The defense of usury contained in the answer is sufficiently pleaded. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE DE MARCO, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

GIOVANNA RODELLI-SIMONE, Respondent, v. CHARLES KLINGENSTEIN and Others, as Executors, etc., of HARRY MAYER, Deceased, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOSEPH TAYLOR, Respondent, v. JAMES MARKUS, Appellant, and JOSEPH W. UMANS, Defendant.— Order denying motion to require plaintiff to reply affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.